**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

January 4, 2010

### LETTER ORDER

Re:   Monica Montoya v. Borough of Roselle Park, et al.
        Civil Action No. 09-2371 (SDW)

Dear Counsel:

Please be advised that the in-person settlement conference scheduled for **January 12, 2010 at 10:00 a.m.** will now go forward as a telephone status conference. Counsel for the Plaintiff is to initiate the call.

An in-person settlement conference will take place on **February 4, 2010 at 1:00 p.m.** One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. **Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference. Any failure in this regard shall result in the imposition of sanctions.**

SO ORDERED.

                                               *s/Esther Salas*
                                               **Esther Salas**
                                               **UNITED STATES MAGISTRATE JUDGE**